1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Plaintiff
   United States of America
6

FILED

2005 JUL 28 P 3: 09

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO.1:05-CV-00414-REC-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT ON DEFAULT |
| VICTOR R. BROWN, | ) (STUDENT LOANS) |
| Defendant. | ) |

In the above-entitled action, the defendant was properly served with the Summons and Complaint; defendant failed to appear or answer within the time provided by law; and default has been duly entered. Plaintiff's claim against the defendant is for a sum certain, and for interest which can by computation be made certain, and for costs. A declaration on behalf of the plaintiff, required by Rule 55 of the Federal Rules of Civil Procedure, has been filed setting forth the amounts due to plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Servicemember's Civil Relief Act of 2003.

Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered in favor of plaintiff United States of America and against defendant Victor R. Brown, as follows:

a. Unpaid principal and accrued interest to the date of judgment in the total amount of $3,859.48; and

b. Court costs, United States Marshals' fees and docket fees in the total amount of $474.10, pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.

The total judgment is in the amount of $4,333.58. Post-judgment interest accrues on the judgment at the legal rate of 3.52% per annum, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961.

DATE JUDGMENT ENTERED: _____4,333.58_____

JACK L. WAGNER, Clerk

By: _____Linda Lucas_____
Deputy Clerk
United States District Court
Eastern District of California